| | |
|---|---|
| Tyler A. Brown (SBN 121350) | Brad Yamauchi (State Bar No. 73245) |
| JACKSON LEWIS P.C. | Jack W. Lee (State Bar No. 71626) |
| 50 California Street, 9th Floor | Sean Tamura-Sato (State Bar No. 254092) |
| San Francisco, California  94111 | MINAMI TAMAKI LLP |
| Telephone:     (415) 394-9400 | 360 Post Street, 8th Floor |
| Facsimile:      (415) 394-9401 | San Francisco, California 94108 |
| Email: brownt@jacksonlewis.com | Telephone: (415) 788-9000 |
| | Facsimile:  (415)  398-3887 |
| Attorneys for Defendants | E-mail:  seant@minamitamaki.com |
| EQUINOX HOLDINGS, INC.; EQUINOX | |
| FITNESS UNION STREET, INC.; EQUINOX | Attorneys for Plaintiff |
| PINE STREET, INC. | JOSEPH A. SMITH |

*IT IS SO ORDERED*
Judge Laurel Beeler
5/6/2015

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH A. SMITH, | **Case No. 3:14-cv-00846 LB** |
| Plaintiff, | [Assigned for all purposes to the Hon. Laurel  Beeler] |
| vs. | **JOINT STIPULATION AND REQUEST TO CHANGE TRIAL DATE** |
| EQUINOX HOLDINGS, INC., a Delaware corporation; EQUINOX FITNESS UNION STREET, INC., a California corporation; EQUINOX PINE STREET, INC., a California corporation; and DOES 1 through 50, | |
| | State Complaint Filed:  January 21, 2014 |
| Defendants. | Trial Date:  July 20, 2015 |

Counsel for Plaintiff and Defendants hereby stipulate to and request that the Court change the trial date of his matter from July 20, 2015 to August 3, 2015.  Per the Court's order of April 30, the parties were given until May 7, 2015 to meet and confer as to whether they wished to change the trial date.  After conferring with each other and their respective clients, the parties request that the Court set the following dates:

        Trial:  August 3, 2015 at 8:30 a.m.

        Pretrial Conference: July 16, 2015 at 1:30 p.m.

        Opposition Filings due:  July 2, 2015

///

///

Pretrial Filings due:  June 25, 2015

Counsel to meet and confer on pretrial filings:  June 16, 2015.

Dated: May 5, 2015                    JACKSON LEWIS P.C.

By:     */s/ Tyler A. Brown*
Tyler A. Brown
Attorneys for Defendants
EQUINOX HOLDINGS, INC.; EQUINOX FITNESS UNION STREET, INC.; EQUINOX PINE STREET, INC.

Dated: May 5, 2015                    MINAMI TAMAKI LLP

By:     */s/ Sean Tamura-Sato*
Brad Yamauchi
Jack W. Lee
Sean Tamura-Sato
Attorneys for Plaintiff
JOSEPH A. SMITH

4836-1948-7267, v.  2