1  Brad Yamauchi (State Bar No. 73245)
Jack W. Lee (State Bar No. 71626)
2  Sean Tamura-Sato (State Bar No. 254092)
MINAMI TAMAKI LLP
3  360 Post Street, 8th Floor
San Francisco, California 94108
4  Telephone: (415) 788-9000
Facsimile: (415) 398-3887
5  E-mail: seant@minamitamaki.com

6  Attorneys for Plaintiff
JOSEPH A. SMITH
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

| 11  JOSEPH A. SMITH, | **Case No. 3:14-cv-00846 LB** |
|---|---|
| 12          Plaintiff, | [Assigned for all purposes to the Hon. Laurel Beeler] |
| 13  vs. | **PLAINTIFF JOSEPH A. SMITH'S** |
| 14  EQUINOX HOLDINGS, INC., a Delaware corporation; EQUINOX FITNESS UNION | **REQUEST TO AUDIO AND VISUAL EQUIPMENT AT TRIAL AND** |
| 15  STREET, INC., a California corporation; EQUINOX PINE STREET, INC., a California | **[PROPOSED] ORDER** |
| 16  corporation; and DOES 1 through 50, | |
| 17          Defendants. | Trial Date:   July 30, 2015<br>Time:        8:30 a.m.<br>Judge:       The Hon. Laurel Beeler<br>Dept:        Courtroom C, 15th Floor |
| 18 | |

19

20

21

22

23

24

25

26

27

28

MINAMI TAMAKI, LLP
360 Post Street, 8th Floor
San Francisco, CA 9418
Tel. (415) 788-9000
Fax (415) 398-3887

-1-

Plaintiff Joseph A. Smith's Request to Audio Visual Equipment at Trial and [Proposed] Order

1       Plaintiff Joseph A. Smith ("Plaintiff") hereby requests the Court's authorization to use
2 the following audiovisual equipment during the upcoming trial in this matter.  Counsel for
3 Plaintiff anticipates bringing the equipment into the Courthouse on or about July 28, 2015 during
4 a pretrial appearance.  Counsel anticipates that the equipment will be removed after closing
5 arguments in this action.

6       •    Computer monitor, cables;

7       •    Audio speakers, cables;

8       •    Digital projector, electrical cord, cables;

9       •    Switch box for audio-visual equipment;

10      •    Printer / scanner, electrical cord, cables (for Plaintiff's work room).

12 Dated: July 24, 2015           MINAMI TAMAKI LLP

By:   */s/ Sean Tamura-Sato*
Brad Yamauchi
Jack W. Lee
Sean Tamura-Sato
Attorneys for Plaintiff
JOSEPH A. SMITH

**IT IS HEREBY ORDERED:**

Plaintiff may bring his above-listed equipment into the Courthouse on or about July 28, 2015 and maintain it in the courtroom and plaintiff's counsel work room until the completion of closing arguments.

**IT IS SO ORDERED.**

Dated:  July 26, 2015        _____
Honorable Laurel Beeler
United States Magistrate Judge

Plaintiff Joseph A. Smith's Request to Audio Visual Equipment at Trial and [Proposed] Order

MINAMI TAMAKI, LLP
360 Post Street, 8th Floor
San Francisco, CA 9418
Tel. (415) 788-9000
Fax (415) 398-3887