1  Patrick C. Mullin (SBN 72041)
   Tyler A. Brown (SBN 121350)
2  Mia N. Tucker (SBN 268389)
   JACKSON LEWIS P.C.
3  50 California Street, 9th Floor
   San Francisco, California  94111
4  Telephone:    (415) 394-9400
   Facsimile:     (415) 394-9401
5  Email: mullinp@jacksonlewis.com
   Email: brownt@jacksonlewis.com
6  Email: mia.tucker@jacksonlewis.com

7  Attorneys for Defendants
   EQUINOX HOLDINGS, INC.; EQUINOX
8  FITNESS UNION STREET, INC.; EQUINOX
   PINE STREET, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH A. SMITH,<br><br>        Plaintiff,<br><br>vs.<br><br>EQUINOX HOLDINGS, INC., a Delaware corporation; EQUINOX FITNESS UNION STREET, INC., a California corporation; EQUINOX PINE STREET, INC., a California corporation; and DOES 1 through 50,<br><br>        Defendants. | Case No. 3:14-cv-00846 LB<br><br>**DEFENDANTS' REQUEST TO AUDIO VISUAL EQUIPMENT AT TRIAL AND [PROPOSED] ORDER**<br><br>Date:    July 30, 2015<br>Time:    8:30 a.m.<br>Dept.:   Courtroom C, 15th Floor<br>Judge:  Honorable Laurel Beeler<br><br>Complaint Filed:  January 21, 2014 |

   Defendants Equinox Holdings, Inc.; Equinox Fitness Union Street, Inc.; Equinox Pine Street, Inc., ("Defendants") hereby request the Court's authorization to use the following audio-visual equipment during the upcoming trial in this matter.  Counsel for Defendant anticipates bringing the equipment into the Courthouse on or about July 28, 2015 during a pretrial appearance.  Counsel anticipates that the equipment will be removed after closing arguments in this action.

- Black rolling audio-visual equipment cart;

1

- NEC projector, electrical cord, cables;
- ELMO document camera, electrical cord, cables;
- Switch box for audio-visual equipment;
- Brother desktop printer, electrical cord, cables (for defendants' work room).

Respectfully submitted,

Dated: July 22, 2015                           JACKSON LEWIS P.C.

                                        By:    */s/ Patrick C. Mullin*
                                               Patrick C. Mullin
                                               Tyler A. Brown
                                               Mia N. Tucker
                                               Attorneys for Defendants
                                               EQUINOX HOLDINGS, INC.; EQUINOX
                                               FITNESS UNION STREET, INC.; EQUINOX
                                               PINE STREET, INC.

**IT IS HEREBY ORDERED:**

Defendant may bring its above-listed equipment into the Courthouse on or about July 28, 2015 and maintain it in the courtroom and defense counsel work room until the completion of closing arguments.

**IT IS SO ORDERED.**

Dated: July 30, 2015                           _____
                                               Honorable Laurel Beeler
                                               United States Magistrate Judge

4831-8106-9862, v. 1

2

DEFENDANTS' REQUEST TO AUDIO VISUAL                                 *Smith v. Equinox*
EQUIPMENT AT TRIAL AND [PROPOSED] ORDER                             USDC - NDC Case No. 3:14-cv-00846 LB