Patrick C. Mullin (SBN 72041)
Tyler A. Brown (SBN 121350)
Mia N. Tucker (SBN 268389)
JACKSON LEWIS P.C.
50 California Street, 9th Floor
San Francisco, California  94111
Telephone:     (415) 394-9400
Facsimile:      (415) 394-9401
Email: mullinp@jacksonlewis.com
Email: brownt@jacksonlewis.com
Email: mia.tucker@jacksonlewis.com

Attorneys for Defendants
EQUINOX HOLDINGS, INC.; EQUINOX FITNESS UNION STREET, INC.; EQUINOX PINE STREET, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH A. SMITH,<br><br>      Plaintiff,<br><br>vs.<br><br>EQUINOX HOLDINGS, INC., a Delaware corporation; EQUINOX FITNESS UNION STREET, INC., a California corporation; EQUINOX PINE STREET, INC., a California corporation; and DOES 1 through 50,<br><br>      Defendants. | Case No. 3:14-cv-00846 LB<br><br>**DEFENDANTS' REQUEST TO USE AUDIO VISUAL EQUIPMENT AT TRIAL AND [PROPOSED] ORDER**<br><br>Date:   July 30, 2015<br>Time:   8:30 a.m.<br>Dept.:  Courtroom C, 15th Floor<br>Judge: Honorable Laurel Beeler<br><br>Complaint Filed:  January 21, 2014 |

Defendants Equinox Holdings, Inc.; Equinox Fitness Union Street, Inc.; Equinox Pine Street, Inc., ("Defendants") hereby request the Court's authorization to use the following audio-visual equipment during the upcoming trial in this matter.  Counsel for Defendant anticipates bringing the equipment into the Courthouse on or about July 30, 2015.  Counsel anticipates that the equipment will be removed after closing arguments in this action.

- Portable screen for evidence presentation.

1  Respectfully submitted,

2  Dated: July 28, 2015                    JACKSON LEWIS P.C.

3

4                                    By:   */s/ Tyler A. Brown*
                                           Patrick C. Mullin
5                                          Tyler A. Brown
                                           Mia N. Tucker
6                                          Attorneys for Defendants
                                           EQUINOX HOLDINGS, INC.; EQUINOX
7                                          FITNESS UNION STREET, INC.; EQUINOX
                                           PINE STREET, INC.

8

9

10  **IT IS HEREBY ORDERED:**

11  Defendant may bring its above-listed equipment into the Courthouse on or about

12  July 30, 2015 and maintain it in the courtroom and defense counsel work room until the

13  completion of closing arguments.

14  **IT IS SO ORDERED.**

15

16  Dated: _July 29, 2015_                  _____

17                                          Honorable Laurel Beeler
                                            United States Magistrate Judge
18

19

20

21

22

23  4831-8106-9862, v. 1

24

25

26

27

28

2

DEFENDANTS' REQUEST TO AUDIO VISUAL                    *Smith v. Equinox*
EQUIPMENT AT TRIAL AND [PROPOSED] ORDER                USDC - NDC Case No. 3:14-cv-00846 LB