| | |
|---|---|
| Patrick C. Mullin (SBN 72041)<br>Tyler A. Brown (SBN 121350)<br>Mia N. Tucker (SBN 268389)<br>JACKSON LEWIS P.C.<br>50 California Street, 9th Floor<br>San Francisco, California  94111<br>Telephone:     (415) 394-9400<br>Facsimile:     (415) 394-9401<br>Email: mullinp@jacksonlewis.com<br>Email: brownt@jacksonlewis.com<br>Email: mia.tucker@jacksonlewis.com<br><br>Attorneys for Defendants<br>EQUINOX HOLDINGS, INC.; EQUINOX FITNESS UNION STREET, INC.; EQUINOX PINE STREET, INC. | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH A. SMITH,<br><br>         Plaintiff,<br><br>vs.<br><br>EQUINOX HOLDINGS, INC., a Delaware corporation; EQUINOX FITNESS UNION STREET, INC., a California corporation; EQUINOX PINE STREET, INC., a California corporation; and DOES 1 through 50,<br><br>         Defendants. | Case No. 3:14-cv-00846 LB<br><br>**DEFENDANTS' REQUEST TO USE AUDIO VISUAL EQUIPMENT AT TRIAL AND [~~PROPOSED~~] ORDER**<br><br>Date:   July 30, 2015<br>Time:   8:30 a.m.<br>Dept.:  Courtroom C, 15th Floor<br>Judge:  Honorable Laurel Beeler<br><br>Complaint Filed:  January 21, 2014 |

Defendants Equinox Holdings, Inc.; Equinox Fitness Union Street, Inc.; Equinox Pine Street, Inc., ("Defendants") hereby request the Court's authorization to use the following audio-visual equipment during the upcoming trial in this matter.  Counsel for Defendant anticipates bringing the equipment into the Courthouse on or about July 30, 2015.  Counsel anticipates that the equipment will be removed after closing arguments in this action.

- Portable screen for evidence presentation.
- Small wooden folding table to support A/V equipment.

- Easel stand for blow ups.
- Blow-ups (4).

Respectfully submitted,

Dated: July 30, 2015                    JACKSON LEWIS P.C.

                              By:    */s/ Tyler A. Brown*
                                     Patrick C. Mullin
                                     Tyler A. Brown
                                     Mia N. Tucker
                                     Attorneys for Defendants
                                     EQUINOX HOLDINGS, INC.; EQUINOX
                                     FITNESS UNION STREET, INC.; EQUINOX
                                     PINE STREET, INC.

**IT IS HEREBY ORDERED:**

Defendant may bring its above-listed equipment into the Courthouse on or about July 30, 2015 and maintain it in the courtroom and defense counsel work room until the completion of closing arguments.

**IT IS SO ORDERED.**

Dated: __July 30, 2015__                    _____
                                            Honorable Laurel Beeler
                                            United States Magistrate Judge

4829-0321-0790, v. 1