1  Patrick C. Mullin (SBN 72041)
   Tyler A. Brown (SBN 121350)
2  Mia N. Tucker (SBN 268389)
   JACKSON LEWIS P.C.
3  50 California Street, 9th Floor
   San Francisco, California  94111
4  Telephone:    (415) 394-9400
   Facsimile:    (415) 394-9401
5  Email: mullinp@jacksonlewis.com
   Email: brownt@jacksonlewis.com
6  Email: mia.tucker@jacksonlewis.com

7  Attorneys for Defendants
   EQUINOX HOLDINGS, INC.; EQUINOX
8  FITNESS UNION STREET, INC.; EQUINOX
   PINE STREET, INC.
9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11

| | |
|---|---|
| JOSEPH A. SMITH,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>EQUINOX HOLDINGS, INC., a Delaware corporation; EQUINOX FITNESS UNION STREET, INC., a California corporation; EQUINOX PINE STREET, INC., a California corporation; and DOES 1 through 50,<br><br>　　　　Defendants. | Case No. 3:14-cv-00846 LB<br><br>**DEFENDANTS' REQUEST TO USE AUDIO VISUAL EQUIPMENT AT TRIAL AND [PROPOSED] ORDER**<br><br>Date:　July 30, 2015<br>Time:　8:30 a.m.<br>Dept.:　Courtroom C, 15th Floor<br>Judge: Honorable Laurel Beeler<br><br>Complaint Filed:  January 21, 2014 |

    Defendants Equinox Holdings, Inc.; Equinox Fitness Union Street, Inc.; Equinox Pine Street, Inc., ("Defendants") hereby request the Court's authorization to use the following audio-visual equipment during the upcoming trial in this matter.  Counsel for Defendant anticipates bringing the equipment into the Courthouse on or about August 3, 2015.  Counsel anticipates that the equipment will be removed after closing arguments in this action.

  • Samsung Document Camera, power cord; cable.

1  Respectfully submitted,

2  Dated: July 31, 2015                              JACKSON LEWIS P.C.

3
4                                          By:   /s/ Tyler A. Brown
                                                 Patrick C. Mullin
                                                 Tyler A. Brown
5                                                Mia N. Tucker
                                                 Attorneys for Defendants
6                                                EQUINOX HOLDINGS, INC.; EQUINOX
                                                 FITNESS UNION STREET, INC.; EQUINOX
7                                                PINE STREET, INC.

8

9

10    **IT IS HEREBY ORDERED:**

11    Defendant may bring its above-listed equipment into the Courthouse on or about

12  August 3, 2015 and maintain it in the courtroom and defense counsel work room until the

13  completion of closing arguments.

14    **IT IS SO ORDERED.**

15

16  Dated: __July 31, 2015_____           _____
17                                             Honorable Laurel Beeler
                                               United States Magistrate Judge
18

19

20

21

22

23  4829-0321-0790, v. 1

24

25

26

27

28

2

DEFENDANTS' REQUEST TO AUDIO VISUAL                           *Smith v. Equinox*
EQUIPMENT AT TRIAL AND [PROPOSED] ORDER                       USDC - NDC Case No. 3:14-cv-00846 LB