UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| JOSEPH A SMITH,<br><br>  Plaintiff,<br><br>  v.<br><br>EQUINOX HOLDINGS, INC., et al.,<br><br>  Defendants. | Case No. 3:14-cv-00846-LB<br><br>**PROPOSED VERDICT FORM** |

## I.  JOSEPH SMITH'S WAGE-AND-HOUR CLAIMS

### A. Equinox's Exemption Defense

**Question 1**: Did Joseph Smith perform work for Equinox?

　　　　＿＿＿＿＿＿Yes　　　　＿＿＿＿＿＿No

If you answered "yes," proceed to Question 2. If you answered "no," stop here, answer no further questions, and have the presiding juror sign and date this form.

**Question 2**: Did Equinox prove by a preponderance of the evidence that Equinox properly classified Joseph Smith as an exempt employee during the employment period in question?

　　　　＿＿＿＿＿＿Yes　　　　＿＿＿＿＿＿No

If you answered "yes," proceed to Question 15. If you answered "no," proceed to Question 3.

PROPOSED VERDICT FORM (No. 3:14-cv-00846-LB)

### B. Joseph Smith's Nonpayment of Overtime Compensation Claim

**Question 3**: Did Joseph Smith prove by a preponderance of the evidence that he worked overtime hours in any week?

_____Yes        _____No

If you answered "yes," proceed to Question 4. If you answered "no," proceed to Question 6.

**Question 4**: Was Joseph Smith paid at a rate lower than the legal overtime compensation rate for any overtime hours that he worked for Equinox?

_____Yes        _____No

If you answered "yes," proceed to Question 5. If you answered "no," proceed to Question 6.

**Question 5**: What is the amount of overtime wages that Equinox owes to Joseph Smith?

$_____

Proceed to Question 6.

### C. Joseph Smith's Meal-Period Claim

**Question 6**: Did Joseph Smith prove by a preponderance of the evidence that Equinox failed to provide him with one or more legally required 30-minute duty-free meal periods?

_____Yes        _____No

If you answered "yes," proceed to Question 7. If you answered "no," proceed to Question 8.

**Question 7**: What is the amount of money owed to Joseph Smith for the meal periods that Equinox did not provide?

$_____

Proceed to Question 8.

### D. Joseph Smith's Rest Period Claim

**Question 8**: Did Joseph Smith prove by a preponderance of the evidence that Equinox failed to provide him with legally required duty-free rest periods?

_____Yes        _____No

If you answered "yes," proceed to Question 9. If you answered "no," proceed to Question 10.

**Question 9**: What is the amount of money owed to Joseph Smith for the rest periods that Equinox did not provide?

$_____

Proceed to Question 10.

### E.  Joseph Smith's Accurate Itemized Wage Statement Claim

**Question 10**: Did Joseph Smith prove by a preponderance of the evidence that Equinox knowingly and intentionally failed to furnish to him with one or more accurate itemized wage statements during any pay period while Joseph Smith was employed with Equinox?

_____Yes            _____No

If you answered "yes," proceed to Question 11. If you answered "no," proceed to Question 12.

**Question 11**: What is the amount of penalty owed to Joseph Smith?

$_____

Proceed to Question 12.

### F.  Joseph Smith's Failure to Pay All Wages Upon Termination Claim

**Question 12**: Did Joseph Smith prove by a preponderance of the evidence that Equinox willfully failed to pay him the amount of wages due to him at the time his employment with Equinox ended?

_____Yes            _____No

If you answered "yes," proceed to Question 13. If you answered "no," proceed to Question 15.

**Question 13**: For how many calendar days following Joseph Smith's last day of employment did Equinox willfully fail to pay the full amount of Joseph Smith's wages? (Enter a number between 1 and 30.)

_____

Proceed to Question 14.

**Question 14**: What was Joseph Smith's daily wage rate at the time his employment ended?

$_____

Proceed to Question 15.

PROPOSED VERDICT FORM (No. 3:14-cv-00846-LB)

3

## II. JOSEPH SMITH'S WRONGFUL DISCHARGE IN VIOLATION OF PUBLIC POLICY CLAIM

**Question 15**: Did Joseph Smith prove by a preponderance of the evidence that Equinox discharged him?

_____Yes          _____No

If you answered "yes," proceed to Question 16. If you answered "no," proceed to Question 24.

**Question 16**: Did Joseph Smith prove by a preponderance of the evidence that he complained about Equinox's failure to properly pay employees and provide employees meal and rest periods?

_____Yes          _____No

If you answered "yes," proceed to Question 17. If you answered "no," proceed to Question 24.

**Question 17**: Did Joseph Smith prove by a preponderance of the evidence that his complaints were a substantial motivating reason for Equinox's decision to discharge him?

_____Yes          _____No

If you answered "yes," proceed to Question 18. If you answered "no," proceed to Question 24.

**Question 18**: Did Equinox prove by a preponderance of the evidence that Joseph Smith's violation of Equinox's policies and procedures and improper authorization of discounts of store merchandise also was a substantially motivating reason for Equinox's decision to discharge him?

_____Yes          _____No

If you answered "yes," proceed to Question 19. If you answered "no," proceed to Question 20.

**Question 19**: Did Equinox prove by a preponderance of the evidence that it would have discharged Joseph Smith anyway based on Joseph Smith's violation of Equinox's policies and procedures and improper authorization of discounts of store merchandise had Equinox not also been substantially motivated by retaliation for Joseph Smith's complaints?

_____Yes          _____No

If you answered "yes," proceed to Question 24. If you answered "no," proceed to Question 20.

**Question 20**: Was Joseph Smith harmed by his termination?

_____Yes          _____No

If you answered "yes," proceed to Question 21. If you answered "no," proceed to Question 24.

PROPOSED VERDICT FORM (No. 3:14-cv-00846-LB)

4

**Question 21**: What are Joseph Smith's damages in relation to his wrongful termination?

    Economic losses

        Past economic loss, including lost earnings:    $_____

        Future economic loss, including lost earnings:    $_____

        Total Economic Damages:    $_____

    Noneconomic losses

        Past noneconomic loss, including mental suffering:    $_____

        Future noneconomic loss, including mental suffering:    $_____

        Total Noneconomic Damages:    $_____

    TOTAL DAMAGES (economic plus noneconomic):    $_____

Proceed to Question 22.

**Question 22**: Was conduct constituting malice, oppression, or fraud committed by one or more officers, directors, or managing agents of Equinox acting on behalf of Equinox?

    _____Yes        _____No

If you answered "yes," proceed to Question 23. If you answered "no," proceed to Question 24.

**Question 23**: What amount do you award as punitive damages against Equinox?

    $_____

Proceed to Question 24.

PROPOSED VERDICT FORM (No. 3:14-cv-00846-LB)

5

### III. JOSEPH SMITH'S DEFAMATION PER SE CLAIM

**Question 24**: Did Equinox state to persons other than Joseph Smith that Joseph Smith was terminated for "integrity reasons"?

_____Yes          _____No

If you answered "yes," proceed to Question 25. If you answered "no," stop here, answer no further questions, and have the presiding juror sign and date this form.

**Question 25**: Did the persons to whom the statement was made reasonably understand that the statement was about Joseph Smith?

_____Yes          _____No

If you answered "yes," proceed to Question 26. If you answered "no," stop here, answer no further questions, and have the presiding juror sign and date this form.

**Question 26**: Did these people reasonably understand the statement to mean that Joseph Smith was terminated for "integrity reasons"?

_____Yes          _____No

If you answered "yes," proceed to Question 27. If you answered "no," stop here, answer no further questions, and have the presiding juror sign and date this form.

**Question 27**: Was the statement substantially true?

_____Yes          _____No

If you answered "no," proceed to Question 28. If you answered "yes," stop here, answer no further questions, and have the presiding juror sign and date this form.

**Question 28**: Did Equinox fail to use reasonable care to determine the truth or falsity of the statement?

_____Yes          _____No

If you answered "yes," proceed to Question 29. If you answered "No," stop here, answer no further questions, and have the presiding juror sign and date this form.

**Question 29**: Did Joseph Smith prove that, in making the statement, Equinox either (1) acted with hatred or ill will toward him, showing its willingness to vex, annoy, or injure him, or (2) had no reasonable grounds for believing the truth of the statement?

_____Yes          _____No

If you answered "yes," proceed to Question 30. If you answered "No," stop here, answer no further questions, and have the presiding juror sign and date this form.

PROPOSED VERDICT FORM (No. 3:14-cv-00846-LB)

6

**Question 30**: Was Equinox's conduct a substantial factor in causing Joseph Smith actual harm?

_____Yes            _____No

If you answered "yes," then answer Question 31. If you answered "no," proceed to Question 32.

**Question 31 − Actual Damages:** What are Joseph Smith's actual damages for:

    a.    Harm to Joseph Smith's property, business, trade, profession, or occupation?

        $_____

    b.    Expenses Joseph Smith had to pay as a result of the defamatory statements?

        $_____

    c.    Harm to Joseph Smith's reputation?

        $_____

    d.    Shame, mortification, or hurt feelings?

        $_____

If Joseph Smith has not proved any actual damages for either c or d, then answer Question 32. If Joseph Smith has proved actual damages for both c and d, then skip Question 32 and proceed to Question 33.

**Question 32 − Assumed Damages**: What are the damages you award Joseph Smith for the assumed harm to his reputation and for shame, mortification, or hurt feelings? You must award at least a nominal sum.

    $_____

Proceed to Question 33.

**Question 33 − Punitive Damages**: Did Joseph Smith prove by clear and convincing evidence that Equinox acted with malice, oppression, or fraud?

_____Yes            _____No

If you answered "yes," then answer Question 34. If you answered "no," stop here, answer no further questions, and have the presiding juror sign and date this form.

**Question 34**: What amount, if any, do you award as punitive damages against Equinox?

    $_____

You are now finished with all the questions. The presiding juror should sign and date the form.

SIGNED: _____    DATED: _____
        Presiding Juror

PROPOSED VERDICT FORM (No. 3:14-cv-00846-LB)

7