UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSEPH A SMITH,

         Plaintiff,

   v.

EQUINOX HOLDINGS, INC., et al.,

         Defendants.

Case No.  3:14-cv-00846-LB

**ORDER FOR JURY REFRESHMENTS**

     IT IS HEREBY ORDERED that the United States District Court shall furnish daily morning refreshments and pastries for the  8 members of the jury in the above-entitled matter beginning  **August 10, 2015  at 8:00 AM**,  for the duration of the trial, and lunch during jury deliberations, at the expense of the United States.  The trial will be held in Courtroom D, 15th Floor, Phillip Burton Federal Building, 450 Golden Gate Avenue. San Francisco, CA 94102.

     IT IS SO ORDERED.

Dated: August 6, 2015

_____

LAUREL BEELER
United States Magistrate Judge

United States District Court
Northern District of California